UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

v.

Tahoe City Lumber Co., a California Corporation; and Does 1-10,

    Defendants.

Case: 2:13-CV-02348-MCE-EFB

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a) (1); ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1